UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-155-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| AKIL SAMED BILAL | |

On motion of the Defendant, Akil Samed Bilal, and for good cause shown, it is hereby ORDERED that the **[DE 27]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 18th day of October 2017.

MALCOLM J. HOWARD
Senior United States District Judge