UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-155-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKIL SAMED BILAL | ORDER ON MOTION TO MODIFY<br>CONDITIONS OF RELEASE |

Defendant's Motion to Modify the Conditions of Release is ALLOWED. Mr. Bilal is no longer subject to the conditions of electronic monitoring and home detention. All other conditions in the Order Setting Conditions of Release [DE 9] remain in effect.

This 18th day of October, 2017.

MALCOLM J. HOWARD
Senior U.S. District Court Judge